IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON V. SANTIBANEZ,

     Petitioner,                        No. CIV S-07-2359 GEB JFM P

    vs.

JOHN C. MARSHALL,                 ORDER AND

     Respondent.                FINDINGS & RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        The court's records reveal that petitioner has previously filed two applications for a writ of habeas corpus attacking the conviction and sentence challenged in this case. The first application was filed on February 14, 2000, and was denied on the merits on June 9, 2004.[1] The

---

[1] Santibanez v. Hickman, No. CIV S-00-0303 DFL DAD P.

1

second application was filed on April 10, 2006, and was denied on June 22, 2006,[2] as a second or successive petition filed without authorization from the United States Court of Appeals for the Ninth Circuit as required by 28 U.S.C. § 2244(b)(3). This action, too, was filed without the required authorization from the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 2244(b)(3). Therefore, petitioner's application must be dismissed without prejudice to its refiling upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

In light of the above, petitioner's November 15, 2007 motion for appointment of counsel and request for evidentiary hearing will also be denied without prejudice.

IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted;

2. Petitioner's November 15, 2007 motion for appointment of counsel is denied without prejudice;

3. Petitioner's November 15, 2007 request for evidentiary hearing is denied without prejudice;

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

/////
/////

---

[2] Santibanez v. Woodford, CIV S-06-0766 LKK DAD P.

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  January 24, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

001; sant2359.succ